IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER B. TAYLOR, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:04-cv-694-DRH |
| DAVID HAYES, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the Court on the issue of service of process on the United States Attorney for the Southern District of Illinois and the Attorney General of the United States, Washington D.C.

It has come to the attention of the Court that the Attorney General has not been served in accordance with Federal Rule of Civil Procedure 4(i). On May 19, 2005, District Judge David R. Herndon directed the United States Marshal to serve the United States Attorney and the Attorney General (Doc. 14) as the plaintiff is suing federal agencies and employees. In a motion for extension of time, filed on August 15, 2005 (Doc. 29), Assistant United States Attorney Laura J. Jones has indicated that the Attorney General has not been served. There also is no indication in the docket that either the Attorney General or the United States Attorney have been served (although the later has entered an appearance) along with the named defendants.

Therefore, pursuant to Rule 4(i), the Clerk is **DIRECTED** to mail to the plaintiff 2 USM 285 forms along with a copy of this Order. The plaintiff is **ORDERED** to complete the USM-285 forms for the United States Attorney for the Southern District of Illinois and the Attorney General of the United States and mail them to the Clerk by **August 31, 2005**. The addresses that

the plaintiff should use on the USM 285s are:

| | |
|---|---|
| U.S. Attorney General | U.S. Attorney |
| U.S. Department of Justice | Southern District of Illinois |
| 950 Pennsylvania Ave., NW | Nine Executive Drive |
| Washington, DC 20530-0001 | Fairview Heights, IL 62208 |

The Clerk is further **DIRECTED**, upon receipt of the USM 285 forms, to prepare summons for the Attorney General and the U.S. Attorney and to forward sufficient copies of the Amended Complaint, the completed USM-285 forms, and summons to the U. S. Marshal for service.

Furthermore, the United States Marshal is **DIRECTED**, as soon as possible after receipt of the necessary documents, to serve the Attorney General and the U.S. Attorney for the Southern District of Illinois in accordance with Federal Rule of Civil Procedure 4(i)(A) and (B). The United States Marshal shall file the returns of service within 10 days of service.

**DATED: August 17, 2005**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**