IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER B. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:04-cv-694-DRH |
| DAVID HAYES, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion to Strike Prayer for Punitive Damages filed by the Defendant, City of Alton, on August 10, 2005 (Doc. 27). The motion is **GRANTED**.

The Plaintiff is alleging a custom and policy claim and a failure to train claim against the City of Alton. The Plaintiff seeks compensatory damages, punitive damages, and fees and costs as compensation. In such a §1983 suit, the Plaintiff may not seek punitive damages against a governmental actor unless he is suing them in their individual capacity. City of Newport v. Fact Concerns, Inc., 453 U.S. 247, 271 (1981); See also Hill v. Shelander, 942 F.2d 1370, 1374 (7th Cir. 1991); Erwin v. County of Manitowoc, 872 F.2d 1292, 1299 (7th Cir. 1989). As such, his claim for punitive damages against the City of Alton is hereby **STRICKEN**.

In addition, the Plaintiff also has asserted the same type of claim against the City of Collinsville. While this municipality has not sought to strike the punitive damages against it, it is clear that such damages are not recoverable. Therefore the Plaintiff's prayer for punitive damages against the City of Collinsville is also hereby **STRICKEN**.

**DATED: October 3, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**