## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER B. TAYLOR,**

**Plaintiff,**

**v.**

**DAVID HAYES et al.,**

**Defendants.**                                          **No. 04-CV-694-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On March 30, 2005, Plaintiff Christopher B. Taylor ("Plaintiff") filed an amended two-Count complaint against several government entities and individuals under **42 U.S.C. § 1983**, alleging violations of the Fourth, Fifth, and Fourteenth Amendments.  (Doc. 12.)  Count I of his amended complaint Plaintiff concerns a traffic stop at which Plaintiff alleges he was unlawfully searched and detained.  Count II concerns an arrest made on July 22, 2004, during which Plaintiff alleges several Defendants used unreasonable force.  (*Id.*)

This matter now comes before the Court on a Report and Recommendation (the "Report") issued by U.S. Magistrate Judge Donald G. Wilkerson on April 6, 2006 pursuant to **28 U.S.C. § 636(b)(1)(B)**.  (Doc. 73.)

Magistrate Judge Wilkerson's Report recommends that several motions to dismiss and for partial summary judgment (Docs. 36, 39, 48, 53, 62) be granted.[1]

Under Rule 73.1 of the Local Rules of the Southern District of Illinois, the parties had ten days in which to serve and file written objections to the Report. As of this date, no objections have been filed.  The ten-day period in which parties may file objections has expired.  Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Wilkerson's Report (Doc. 73), and **GRANTS** the Motion to Dismiss for Lack of Jurisdiction filed by Defendants Drug Enforcement Agency ("DEA") and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") (Doc. 37); **GRANTS** the Motion for Partial Summary Judgment and Partial Dismissal filed by Defendant Michael J. Stanfill (Doc. 39); **GRANTS** the Motion for Partial Summary Judgment and Partial Dismissal filed by Defendant Jeff Matthews (Doc. 48); **GRANTS** the Motion for Partial Summary Judgment and Partial Dismissal filed by Defendant Robert Nosbisch (Doc. 53); and **GRANTS** the Motion for Partial Summary Judgment and Partial Dismissal filed by Defendant Cindy Scott (Doc. 62).  The Court **DISMISSES with prejudice** Plaintiff's claims against Defendants DEA and ATF and Defendants Stanfill, Nosbisch, Matthews, and Scott

---

[1] As Judge Wilkerson notes (Doc. 73), Plaintiff has not responded to any of Defendants' motions.

in their official capacities, and **GRANTS** summary judgment in favor of Defendants

Stanfill, Nosbisch, Matthews, and Scott in their individual capacities.

**IT IS SO ORDERED.**

Signed this 1st day of June, 2006.

/s/   David RHerndon
**United States District Judge**