IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER B. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:04-cv-694-DRH |
| | ) |
| DAVID HAYES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion to Compel filed by the defendant, Eric Zaber, on June 5, 2006 (Doc. 76). The motion is **GRANTED**.

The defendant served discovery on the plaintiff on January 17, 2006 and January 20, 2006. The plaintiff has failed to respond. The defendant filed his first motion to compel on March 16, 2006 (Doc. 72) to which the plaintiff did not respond. The first motion to compel was denied without prejudice as this Court issued a Report and Recommendation on the substantive claims against a number of the Federal defendants. After the District Court adopted that Report and Recommendation, the remaining federal defendant, Eric Zaber, filed the pending motion. The plaintiff also has failed to respond to this motion and the time for response has passed. This Court finds that the failure to respond is an admission of the merits of the motion as provided by Local Rule 7.1(g). Therefore, pursuant to Federal Rule of Civil Procedure 37(a)(2) the plaintiff **SHALL** respond to the discovery requests, without objection, by **July 21, 2006**.

Since filing the amended complaint on March 30, 2005, the Court notes that the plaintiff has not responded to any motion filed by the various defendants in this lawsuit. The plaintiff also has wholly failed to respond to discovery propounded in January, 2006, six months ago. The plaintiff therefore is **WARNED** that the failure to comply with this Order **SHALL** result in

sanctions outlined by Federal Rule of Civil Procedure 37(b)(2) including a Report and Recommendation to the District Court that the plaintiff's claims against Eric Zaber be stricken from the amended complaint.

**DATED: June 27, 2006**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**
