IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER B. TAYLOR,**

**Plaintiff,**

**v.**

**DAVID HAYES et al.,**

**Defendants.**                                         **No. 04-CV-694-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On March 30, 2005, Plaintiff Christopher B. Taylor ("Plaintiff") filed an amended two-Count complaint against several government entities and individuals under **42 U.S.C. § 1983**, alleging violations of the Fourth, Fifth, and Fourteenth Amendments. (Doc. 12.) Count I of his amended complaint Plaintiff concerns a traffic stop at which Plaintiff alleges he was unlawfully searched and detained. Count II concerns an arrest made on July 22, 2004, during which Plaintiff alleges several Defendants used unreasonable force. (*Id.*)

This matter now comes before the Court on a Report and Recommendation (the "Report") issued by U.S. Magistrate Judge Donald G. Wilkerson on June 5, 2006 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 77.) Magistrate Judge Wilkerson's Report recommends that the motion for summary judgment filed by Defendant City of Collinsville ("Defendant") be granted. (*Id.*)

Under Rule 73.1 of the Local Rules of the Southern District of Illinois, the parties had ten days in which to serve and file written objections to the Report. As of this date, no objections have been filed. The ten-day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Wilkerson's Report (Doc. 77), and **GRANTS** Defendant's Motion for Summary Judgment (Doc. 64). The Court hereby **ENTERS** summary judgment in favor of Defendant City of Collinsville and against Plaintiff.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

/s/      David   RHerndon
**United States District Judge**